O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON,<br><br>Plaintiff,<br><br>v.<br><br>WEINGART TRANSITIONAL CENTER ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:18-cv-07067-VAP-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint with prejudice and without leave to amend.

DATED: December 20, 2018

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE