JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON, | Case No. 2:18-cv-07067-VAP (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WEINGART TRANSITIONAL CENTER ASSOCIATION, et al. | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: December 20, 2018

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE